ORIGINAL

FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0558

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0558

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

QUINCY DEAN PFISTER,

    Defendant and Appellant.

ORDER

Quincy Dean Pfister appeals his sentence from the Thirteenth Judicial District Court for robbery. Pfister argues that when the District Court orally pronounced Pfister's sentence in Yellowstone County, it ordered that the sentence would run consecutively to whatever sentence the District Court would impose in Pfister's pending case in Custer County. Pfister maintains that the District Court lacked authority to impose a sentence to run consecutively to another sentence not yet imposed. *See State v. McGuire*, 260 Mont. 386, 860 P.2d 148 (1993).

The State has filed a Notice of Concession. The State agrees that this Court should declare the District Court's oral pronouncement that Pfister's Yellowstone County sentence would run consecutively to a sentence not yet imposed in Custer County to be void. Because the written judgment did not make such a pronouncement, remand for correction of that judgment is unnecessary.

IT IS THEREFORE ORDERED that the District Court's oral pronouncement at the March 1, 2023 sentencing hearing that the sentence imposed in this matter would run consecutively to a sentence that had not yet been imposed in Custer County is VOID and shall not be considered part of Pfister's legally effective sentence or judgment in this case.

The Clerk is instructed to provide copies of this Order to all counsel of record and to the Honorable Mary Jane Knisely, presiding District Judge.

Dated this 23rd day of October, 2024.

_____

_____

_____

_____

_____
Justices